# The Meyers Law Firm

30 Vesey Street, Suite 401
New York, New York 10007
(212) 252-1212
grm@themeyerslawfirm.com

March 17, 2026

To Via ECF:

Hon. John G. Koeltl, U.S.D.J.
US District Court – SDNY
Daniel Patrick Moynihan
US Courthouse
500 Pearl Street, Ctrm 14A
New York, NY 100007-1312

RE:     *Robert Parker v. The Port Authority of New York and New Jersey, et anon.*
        *Case No. 1:26-cv-00748-JGK*

### FIRST LETTER MOTION TO ADJOURN INITIAL CONFERENCE

To the Court:

This office represents the Plaintiff in the above-captioned action against the Port Authority of NY & NJ, for claims under 42 U.S.C. § 1983. Counsel now requests that the initial conference be adjourned.

On February 6, 2026, the Court (then Judge Denise L. Cote) scheduled an initial pretrial conference for April 3, 2026 at 11:30 am in person. See Dkt No. 8. Per notice filed by the Clerk on March 12, 2026, this matter was reassigned to your Honor.

This is the first request counsel is making and is due to the original date set falling during Passover. Counsel is observing the holiday during that time and is not available to appear. As counsel is awaiting affidavits of service to be issued, there has been no appearance by Defendants at this time.

Counsel is available for the following dates / times:  April 10, 2026, April 23, 2026, April 28, 2026, at 2:15pm or thereafter.

Counsel thanks the Court for its time and assistance in this matter.

Respectfully Submitted,

*Glenn R. Meyers*

Glenn R. Meyers, Esq.

*The April 3, 2026 Conference is canceled. The parties should provide a Rule 26 (f) report by April 10, 2026, So Ordered.*

*3/17/26*

*JG Koeltl*
*U S D J*