UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROBERT PARKER,                                    26-cv-748 (JGK)

                        Plaintiff,               ORDER

        - against -

PORT AUTHORITY OF NEW YORK AND NEW
JERSEY, ET AL.,

                        Defendants.
_____

JOHN G. KOELTL, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Proce-
dure, the time for the defendant, Officer Ali Kifaieh, to answer
was April 8, 2026. To date, no answer has been filed.

    The time for Officer Kifaieh to answer or respond to the com-
plaint is extended to **May 7, 2026.** Failure to respond to the com-
plaint by this date could result in a default judgment being en-
tered against Officer Kifaieh.

    The plaintiff should serve a copy of this Order on the
defendant and file proof of service on the docket by **April 24,**
**2026.**

SO ORDERED.

Dated:    New York, New York
          April 20, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge