UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ROBERT PARKER,

                            Plaintiff,

           - against -

PORT AUTHORITY OF NEW YORK AND NEW
JERSEY, ET AL.,

                       Defendants.
_____

                           26-cv-748 (JGK)

                           ORDER

JOHN G. KOELTL, District Judge:

On April 20, 2026, the Court issued an order extending the time for the defendant, Officer Ali Kifaieh, to answer the complaint until May 7, 2026. ECF No. 19. On April 24, 2026, the defendant, Port Authority of New York and New Jersey, informed the Court that the plaintiff had not yet properly served Officer Kifaieh. ECF No. 20. The Port Authority's letter also indicated that the plaintiff agreed that he had not yet properly served Officer Kifaieh. Id. The Court therefore **vacates** its April 20, 2026 order extending the time for Officer Kifaieh to answer.

Furthermore, because the plaintiff filed his complaint on January 28, 2026, the time by which the plaintiff was required to serve Officer Kifaieh was April 28, 2026. To date, the plaintiff has failed to provide proof of service on Officer Kifaieh on the docket. Accordingly, the time for the plaintiff to serve Officer Kifaieh is extended until **May 21, 2026.** If the plaintiff does not serve Officer Kifaieh by that date, his

claims against Officer Kifaieh may be dismissed for failure to prosecute.

**SO ORDERED.**
**Dated:**    **New York, New York**
             **May 5, 2026**

_____
John G. Koeltl
United States District Judge

2