UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT PARKER,

               Plaintiff,

     - against -

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, ET ANO.,

             Defendants.

26-cv-748 (JGK)

<u>Order</u>

---

JOHN G. KOELTL, District Judge:

The plaintiff had ninety days—until April 28, 2026—to serve the summons and complaint on the defendant Officer Ali Kifaieh. Fed. R. Civ. P. 4(m). The plaintiff failed to serve Officer Kifaieh by that date; the Court therefore extended the time to serve Officer Kifaieh until May 21, 2026. To date, the plaintiff has still failed to serve the summons and complaint on Officer Kifaieh.

The time to serve Officer Kifaieh is extended until **June 9, 2026**. If service is not made by June 9, 2026, the plaintiff's claims against Officer Kifaieh will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            May 26, 2026

                                John G. Koeltl
                      United States District Judge