UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT PARKER,

          Plaintiff,

    - against -

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY, ET ANO.,

         Defendants.

26-cv-748 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The plaintiff had ninety days from filing the complaint on January 28, 2026, to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). On March 24, 2026, the plaintiff filed an affidavit of service representing that he had served both defendants, the Port Authority of New York and New Jersey (the "Port Authority") and Officer Ali Kifaieh ("Officer Kifaieh"), on March 18, 2026. ECF No. 15. In response to the Court's April 20, 2026 Order extending the time for Officer Kifaieh to answer, ECF No. 19, the Port Authority and the plaintiff clarified that the plaintiff had in fact not yet served Officer Kifaieh, ECF No. 20. Accordingly, on May 5, 2026, the Court vacated its April 20, 2026 Order and extended the time for the plaintiff to serve Officer Kifaieh until May 21, 2026. ECF No. 22. The Court noted that "[i]f the plaintiff does not serve Officer Kifaieh by that date, his claims against Officer Kifaieh may be dismissed." Id. The plaintiff failed to serve Officer Kifaieh by May 21, 2026, and on May 26, 2026, the Court again extended the time for the plaintiff to serve Officer Kifaieh until June 9, 2026. ECF No. 26. The Court noted that

"[i]f service is not made by June 9, 2026, the plaintiff's claims against Officer Kifaieh will be dismissed without prejudice." Id.

To date, the plaintiff has failed to file proof that he has served Officer Kifaieh. The plaintiff has not attempted to show good cause for his failure to serve Officer Kifaieh. Accordingly, the plaintiff's claims against Officer Kifaieh are **dismissed without prejudice** pursuant to Rule 4(m). Furthermore, the parties are directed to provide a revised Rule 26(f) report by **June 24, 2026.**

**SO ORDERED.**

Dated:    New York, New York
          June 10, 2026

_____
          John G. Koeltl
          **United States District Judge**

2