UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2029

ROBERT PARKER,

Plaintiff,

-against-

PORT AUTHORITY OF NEW YORK AND NEW JERSEY, et al.,

Defendants.

**ORDER**

**26-CV-748 (JGK)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendant's status update filed November 6, 2026 in accordance with the Court's October 6, 2026 Order. Plaintiff is directed to file a status update by **November 30, 2026**, detailing the progress of discovery, its prior receipt of the Court's October 6, 2026 Order rescheduling the case management conference, and any updated contact information.

Insofar as Plaintiff previously filed a notice of withdrawal for Kevin S. Johnson, Plaintiff is also directed to file a formal motion to withdraw Mr. Johnson from his representation of Plaintiff by **November 30, 2026.**

**Plaintiff's failure to participate in discovery and comply with court orders may result in termination of this case for failure to prosecute.**

**SO ORDERED.**

Dated: November 9, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge